# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA  )
    v.  ) CR NO: 2:10-CR-437 WBS
      )
DERICK NOBLE

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum.

Name of Detainee: **DERICK NOBLE**

Detained at (custodian): **Deuel Vocational Institution**

Detainee is: a.) ☒ charged in this district by:
    ☒ Indictment      ☐ Information      ☐ Complaint
    Charging Detainee With: **21 U.S.C. § 846 and 841(a)(1) - Conspiracy to Distribute and to Possess with the Intent to Distribute Methamphetamine**

or   b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or   b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Jill M. Thomas
Printed Name & Phone No: **JILL M. THOMAS (916) 554-2781**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

10/25/10
Date

U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Male ☒   Female ☐ |
| Booking or CDC #: | X-3138718 - CDC V067556 | DOB: 11/05/1982 |
| Facility Address: | 23500 Kasson Road | Race: |
| | Tracy, CA 95304 | FBI #: |
| Facility Phone: | | |
| Currently Incarcerated For: | H&S 11351 - Possession for Sale of Cocaine | |

## RETURN OF SERVICE

Executed on _____ by _____
                                  (Signature)