Tim Warriner (SB#166128)
Attorney at Law
660 J St., Suite 390
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Derick Noble

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10-cr-00437 WBS |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| DERICK NOBLE, | |
| Defendant. | |

It is hereby stipulated between the parties, Jill Thomas, Assistant United States Attorney, and Timothy E. Warriner, attorney for defendant Derick Noble, that the status conference date of Monday, July 25, 2011 should be continued until Monday, September 26, 2011. The continuance is necessary as counsel is engaging in plea negotiations, and is reviewing documentary and other evidence including wire recordings. The date of September 26, 2011 is selected as that is the date of the status conference for the co-defendants.

IT IS STIUPULATED that the period of time from July 25, 2011 up to and including September 26, 2011 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

1

DATED: July 21, 2011                    /s/ Timothy E. Warriner, Attorney for
                                        Defendant, Derick Noble

DATED: July 21, 2011                    /s/ Jill Thomas, Assistant U.S. Attorney


<u>ORDER</u>

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, it is hereby

ordered that the status conference scheduled for Monday, July 25, 2011 at 8:30 a.m. be continued

to Monday, September 26, 2011 at 8:30 a.m., and that the period from July 25, 2011 to

September 26, 2011 be excluded from calculation under the Speedy Trial Act pursuant to 18

U.S.C. §3161(h)(8)(A) and Local Code T4.

DATED:  July 22, 2011


WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE