HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DERICK NOBLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DERICK NOBLE,<br><br>Defendant. | No. Cr. S 2:10-cr-437 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: The Honorable WILLIAM B. SHUBB |

Defendant, DERICK NOBLE, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On October 15, 2013, this Court sentenced Mr. Noble to a term of 115 months imprisonment;

3. Mr. Noble's total offense level was 33, his criminal history category was V, and the resulting guideline range was 210 to 262 months. He received a reduction from the low-end of the range and the mandatory minimum on the government's motion;

4. The sentencing range applicable to Mr. Noble was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Noble's total offense level has been reduced from 33 to 31, and his amended guideline range is 168 to 210 months. A reduction comparable to the one he received initially produces a term of 92 months imprisonment;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Noble's term of imprisonment to a term of 92 months. The parties agree this sentence is fair and reasonable pursuant to 18 U.S.C. § 3553(a).

Respectfully submitted,

Dated:  October 9, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   October 9, 2015

HEATHER E. WILLIAMS
Federal Defender

 /s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
DERICK NOBLE

### ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Noble is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 168 to 210 months. A reduction comparable to the one he received initially produces a term of 92 months imprisonment.

IT IS HEREBY ORDERED that the term of imprisonment imposed in October 2013 is reduced to a term of 92 months. This sentence is fair and reasonable pursuant to 18 U.S.C. § 3553(a).

1     IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

    Unless otherwise ordered, Mr. Noble shall report to the United States Probation Office within seventy-two hours after his release.

Dated: October 15, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE