1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  RACHELLE BARBOUR, #185395
   Assistant Federal Defender
3  HANNAH HAINES
   Certified Law Student
4  OFFICE OF THE FEDERAL DEFENDER
5  801 I Street, 3rd Floor
   Sacramento, CA 95814
6  Tel: 916-498-5700/Fax 916-498-5710
7  rachelle.barbour@fd.org

8  Attorney for Defendant
   DERICK NOBLE

9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,        )   Case No. 2:10-cr-00437-WBS
                                     )
13  Plaintiff,                       )   ORDER GRANTING UNOPPOSED MOTION
                                     )   FOR EARLY TERMINATION OF
14       v.                          )   SUPERVISION
                                     )
15  DERICK NOBLE,                    )
                                     )
16  Defendant.                       )
                                     )
17  _____ )
                                     )
18

19

20       It appearing that the Probation Officer supports defendant's motion for early

21  termination of supervision and that the United States Attorney has no objection,  pursuant to the

22  provisions of 18 U.S.C §3583(e)(1), the court hereby TERMINATES the term of supervised

23  release imposed in this case and discharges Mr. Noble for the reasons set forth in his Unopposed

24  Motion.

25  Dated:  August 24, 2023      _____
                                 WILLIAM B. SHUBB
26                               UNITED STATES DISTRICT JUDGE

27

28

ORDER for Early Termination of Supervised        -1-                    U.S. v DERICK NOBLE
Release